United States District Court
Southern District of Texas
**ENTERED**
August 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL MILLER, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 4:17-cv-1684 |
| ALLSTATE TEXAS LLOYD'S. TIMOTHY LEE DOANE and CHRIS DRAPER, | § |
| *Defendants*. | § |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

On this date, came on for consideration, an Agreed Motion to Dismiss With Prejudice in the above styled and numbered cause, and the Court having considered same, and finding that all parties hereto are in agreement that said Motion should be granted;

IT IS ACCORDINGLY ORDERED, ADJUDGED and DECREED that all claims asserted or that could have been asserted by Plaintiff Michael Miller as to Defendants Allstate Texas Lloyd's, Timothy Lee Doane and Chris Draper in the above styled and numbered cause are hereby dismissed, with prejudice, with costs of Court to be paid by the party incurring same. This is a Final Order as to all claims and all parties.

SIGNED AND ENTERED on this the 27 day of Aug, 2018.

_____
JUDGE PRESIDING